1  JEFFREY S. RANEN, SB# 224285
       E-Mail: ranen@lbbslaw.com
2  MERYL E. MILLS, SB# 254041                          JS-6
       E-Mail: mmills@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: (213) 250-1800
5  Facsimile: (213) 250-7900

6  Attorneys for Defendants
   NORTH AMERICAN VIDEO CORPORATION
7  d/b/a "NAVCO SECURITY SYSTEMS" and
   AMERICAN CABLING & COMMUNICATIONS,
8  INC.

9  JEFFREY A. GOLDBERG
       E-Mail: txlaborlaw@sbcglobal.net
10 **THE LAW OFFICE OF JEFFREY A. GOLDBERG**
   15303 Huebner Road, Building 13
11 San Antonio, Texas 78248
   Telephone: (210) 690-2200
12 Facsimile: (210) 690-0438

13 Attorney for Plaintiff
   DENNIS COLLIGAN

14

15

16                    UNITED STATES DISTRICT COURT

17                   CENTRAL DISTRICT OF CALIFORNIA

18

19 DENNIS COLLIGAN,                    ) CASE NO. CV 09-6226 PA (FFMx)
                                        )
20          Plaintiff,                  ) Hon. Percy Anderson
                                        ) Courtroom 15
21     v.                               )
                                        ) **[PROPOSED] ORDER RE:**
22 NORTH AMERICAN VIDEO                 ) **DISMISSAL OF ACTION WITH**
   CORPORATION, individually, and a/k/a ) **PREJUDICE**
23 and d/b/a "NAVCO SECURITY            )
   SYSTEMS," and AMERICAN              ) Action Filed:    October 22, 2008
24 CABLING & COMMUNICATIONS,            ) Trial Date:      None set
   INC.,                                )
25                                      )
            Defendants.                 )
26 _____ )

27 ///

28 ///

4847-7090-5092.1                        -1-

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

1    Having reviewed the filed Stipulation Re: Dismissal of Action With Prejudice

2  signed by all parties to the above-captioned matter, this Court hereby orders as

3  follows:

4    1.    The above-captioned matter shall be dismissed, with prejudice, as to all

5  parties, and as to all causes of action, as of the date the Court executes the Order set

6  forth below;

7    2.    Each party shall bear his/their own fees and costs and that no such

8  award be entered in this matter with regard to the same.

9

10    IT IS SO ORDERED.

11

12

13

14  Dated:  October 19, 2009

15                                                    Hon. Percy Anderson
                                                      United States District Court, Central
16                                                    District of California

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4847-7090-5092.1                                   -2-
                    [PROPOSED] ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE